UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

CARMEN RIVERA,                                      :
                        Plaintiff,                  :
                                                    :
            v.                                      :      No.   5:26-cv-0787
                                                    :
PROGRESSIVE SPECIALTY INSURANCE                     :
COMPANY, and JOHN DOE(S) #1-39,                     :
                        Defendants.                 :

_____

**O R D E R**

**AND NOW**, this 11th day of May 2026, upon consideration of Plaintiff Carmen Rivera's

Motion to Remand, dated March 2, 2026, *see* ECF No. 12; Defendant Progressive Specialty

Insurance Company's Motion to Dismiss Count II of the Complaint pursuant to Fed. R. Civ. P.

12(b)(6), dated February 13, 2026, *see* ECF No. 10; and for the reasons set forth in the Opinion

issued this date, **IT IS HEREBY ORDERED THAT**:

1.  Plaintiff Rivera's Motion to Remand, ECF No. 12, is **DENIED**.

2.  Defendant Progressive's Motion to Dismiss Count II of the Complaint, ECF No. 10,

    is **GRANTED in part,** as follows:

    a.  Count II is **DISMISSED without prejudice** for failure to state a claim.

    b.  **Within twenty (20) days of the date of this Order**, Plaintiff may file an

        amended complaint as to Count II.

3.  If Plaintiff fails to timely file an amended complaint, Count II will be dismissed with

    prejudice and the matter will proceed on the remaining counts only.

4.  The Clerk of Court is ordered to correct the name of Defendant "Progressive Advanced Insurance Company" to "**Progressive Specialty Insurance Company**"[1] in the case caption on the ECF docket.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge

---

[1]     The Notice of Removal and Motion to Dismiss reflect that Defendant Progressive Specialty Insurance Company ("Progressive") was previously incorrectly identified as "Progressive Advanced Insurance Company." *See* ECF Nos. 1, 10.