UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CARMEN RIVERA,
Plaintiff,

v.

PROGRESSIVE SPECIALTY INSURANCE COMPANY, and JOHN DOE(S) #1-39,
Defendants.

No. 5:26-cv-0787

**O R D E R**

**AND NOW**, this 4th day of August, 2026, upon consideration of Defendant Progressive Specialty Insurance Company's Motion to Dismiss Count II of the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), *see* ECF No. 19; Plaintiff Carmen Rivera's Brief in Opposition thereto, *see* ECF No. 24; and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant Progressive's Motion to Dismiss Count II of the Amended Complaint, ECF No. 19, is **GRANTED.**
    a. Count II of the Amended Complaint is **DISMISSED with prejudice** for failure to state a claim.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge